## THE TERRITORY OF WYOMING *v.* ANDERSON.

PRACTICE—CRIMINAL CASES.—A statute requiring that in cases of misdemeanor the name of the prosecuting, or other witness, shall be indorsed on the indictment, is merely directory, and not mandatory.

PERMISSION TO INDORSE.—Where the prosecuting attorney or foreman of the grand jury has failed to make such indorsement, permission will be given on trial to the prosecuting attorney to make such indorsement.

APPEAL from the First District Court for Laramie County.

The appellant was indicted at the September term, 1869, of the first district court, for keeping a disorderly house. The cause was tried before Chief Justice Howe and a jury. Upon the trial, when the witnesses were called on behalf of the prosecution, counsel for the defense objected to the testimony and evidence of the said witnesses, because their names were not indorsed upon the indictment as required by the statutes then in force. Whereupon the prosecutor asked leave of the court to indorse the names of said persons on the indictment as witnesses, which permission was granted, and the witnesses were examined over the objection of counsel for defense; other exceptions were taken not material to the decision of the case.

A verdict of guilty was rendered, and after a motion for a new trial had been made and overruled, the defendant was fined three hundred dollars and costs, and the defendant appealed to the supreme court.

*J. M. Carey,* for appellee.

*Miller & Street,* for appellant.

Judgment affirmed, and writ of procedendo awarded.